**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| JERRI E. YOUNG and PATRICIA A. WALSH, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 4:07-CV-00386-RP-CFB |
| ) | |
| v. ) | Judge Robert W. Pratt |
| ) | |
| PRINCIPAL FINANCIAL GROUP, INC. and PRINCOR FINANCIAL SERVICES CORPORATION, ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Defendants Principal Financial Group, Inc. ("PFG") and Princor Financial Services Corporation ("Princor") (collectively, "The Principal" or "Defendants") hereby move to dismiss Plaintiffs' Amended Class Action Complaint for Violations of the Employee Retirement Income Security Act ("Amended Complaint") pursuant to Fed. R. Civ. P. 12(b)(6). In support of this motion, The Principal submits the accompanying brief.

WHEREFORE, for the reasons set forth in the accompanying brief, The Principal respectfully requests that this Court dismiss with prejudice Plaintiffs' claims against The Principal.

Respectfully submitted,

PRINCIPAL FINANCIAL GROUP, INC. and
PRINCOR FINANCIAL SERVICES
CORPORATION

By:       /s/ Eric S. Mattson
              One of their attorneys

Brian Campbell
Faegre & Benson LLP
Suite 3100 801 Grand Avenue
Des Moines, IA 50309-0836
Email: bcampbell@faegre.com
Phone: (515) 248-9010

Joel S. Feldman
Mark B. Blocker
Eric S. Mattson
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Email: jfeldman@sidley.com
       mblocker@sidley.com
       emattson@sidley.com
Phone: (312) 853-7000

December 21, 2007

## PROOF OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for each party to the above-entitled cause through the Court's CM/ECF electronic filing system on the 21st day of December, 2007.

/s/ Eric S. Mattson

Brian P. Galligan
Richard H. Doyle, IV
Timm W. Reid
James A. Albert
Galligan, Doyle, Reid & Galligan, P.C.
300 Walnut Street, Suite 5
Des Moines, IA 50309-2239