IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PATRICIA A. WALSH, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY and PRINCOR FINANCIAL SERVICES CORPORATION,<br><br>    Defendants. | Civil Action No. 4:07-cv-00386-RP-CFB<br><br>Hon. Robert W. Pratt<br><br>**ORAL ARGUMENT REQUESTED** |

**APPENDIX TO
DEFENDANTS' RESPONSE IN OPPOSITION
TO MOTION FOR CLASS CERTIFICATION**

Brian L. Campbell
Whitfield & Eddy, PLC
317 Sixth Avenue, Suite 1200
Des Moines, Iowa  50309
Phone:  (515) 246-5503

Joel S. Feldman
Mark B. Blocker
Eric S. Mattson
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois  60603
Phone: (312) 853-7000

**DOCUMENT**                                                                        **Tab**

## I.   DECLARATIONS

Declaration of Tracy Bollin, dated 12/7/09 ......................................................................A

Bollin Declaration Exhibit A *Document Filed Under Seal* ...........................................B

Bollin Declaration Exhibit B *Document Filed Under Seal* ...........................................C

Declaration of Dean Schmitz, dated 12/7/09 .................................................................D

## II.   DEPOSITION EXCERPTS AND EXHIBITS

Excerpts from Deposition of Mark Johnson, taken 8/21/09 ...........................................E

Excerpts from Deposition of Robert H. Klonoff, taken 9/10/09.....................................F

Excerpts from Deposition of Constantijn W.A. Panis, taken 9/30/09 ............................G

Excerpts from Deposition of Dean Schmitz, taken 3/13/09 ...........................................H

Excerpts from Deposition of Patricia Walsh, taken 4/21/09...........................................I

Walsh Deposition Exhibit 1 ............................................................................................J

Walsh Deposition Exhibit 2 ............................................................................................K

Walsh Deposition Exhibit 3 ............................................................................................L

## III.   EXPERT REPORT

Expert Report of Constantijn W.A. Panis, dated 9/15/09
*Document Filed Under Seal*............................................................................................M

## IV.   OTHER DOCUMENTS

PFG00068128, CD of 24 telephone calls to Principal Connection
*Document Filed Under Seal*............................................................................................N

PFG00068129, LIMRA study, *Opportunities in the Rollover Market*, Technical Supplement
*Document Filed Under Seal*............................................................................................O

PFG00068131, LIMRA study, *Opportunities in the Rollover Market*
*Document Filed Under Seal*............................................................................................P