IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PATRICIA A. WALSH, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY and PRINCOR FINANCIAL SERVICES CORPORATION,<br><br>                Defendants. | Civil Action No. 4:07-cv-00386-RP-CFB<br><br>Hon. Robert W. Pratt<br><br>**ORAL ARGUMENT REQUESTED** |

## APPENDIX TO
## DEFENDANTS' RESPONSE IN OPPOSITION
## TO MOTION FOR CLASS CERTIFICATION

| | |
|---|---|
| Brian L. Campbell<br>Whitfield & Eddy, PLC<br>317 Sixth Avenue, Suite 1200<br>Des Moines, Iowa 50309<br>Phone: (515) 246-5503 | Joel S. Feldman<br>Mark B. Blocker<br>Eric S. Mattson<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Phone: (312) 853-7000 |

| **DOCUMENT** | **Tab** |

**I. DECLARATIONS**

Declaration of Tracy Bollin, dated 12/7/09 ................................................................................. A

Bollin Declaration Exhibit A *Document Filed Under Seal* ........................................................ B

Bollin Declaration Exhibit B *Document Filed Under Seal* ........................................................ C

Declaration of Dean Schmitz, dated 12/7/09 ............................................................................... D

**II. DEPOSITION EXCERPTS AND EXHIBITS**

Excerpts from Deposition of Mark Johnson, taken 8/21/09 ....................................................... E

Excerpts from Deposition of Robert H. Klonoff, taken 9/10/09 ................................................. F

Excerpts from Deposition of Constantijn W.A. Panis, taken 9/30/09 ........................................ G

Excerpts from Deposition of Dean Schmitz, taken 3/13/09 ....................................................... H

Excerpts from Deposition of Patricia Walsh, taken 4/21/09 ....................................................... I

Walsh Deposition Exhibit 1 ......................................................................................................... J

Walsh Deposition Exhibit 2 ........................................................................................................ K

Walsh Deposition Exhibit 3 ......................................................................................................... L

**III. EXPERT REPORT**

Expert Report of Constantijn W.A. Panis, dated 9/15/09
*Document Filed Under Seal* ...................................................................................................... M

**IV. OTHER DOCUMENTS**

PFG00068128, CD of 24 telephone calls to Principal Connection
*Document Filed Under Seal* ....................................................................................................... N

PFG00068129, LIMRA study, *Opportunities in the Rollover Market*, Technical Supplement
*Document Filed Under Seal* ...................................................................................................... O

PFG00068131, LIMRA study, *Opportunities in the Rollover Market*
*Document Filed Under Seal* ....................................................................................................... P