This event contained no paper or electronic document

Case 4:07-cv-00386-RP-CFB   Document 122   Filed 06/08/10   Page 1 of 1

This event contained no paper or electronic document