THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PATRICIA A. WALSH,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, and PRINCOR FINANCIAL SERVICES CORPORATION,<br><br>Defendant. | DOCKET NO. 4:07-cv-00386<br><br>**VOLUNTARY DISMISSAL** |

**VOLUNTARY DISMISSAL OF
ACTION WITH PREJUDICE**

PLEASE TAKE NOTICE THAT Plaintiff, by stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses with prejudice the above-entitled action.

Dated: July 08, 2010.

/s/ James A. Albert
JAMES A. ALBERT  AT0000428
BRIAN P. GALLIGAN  AT0002632
TIMM W. REID  AT0006547
NICHOLAS A. COOPER  AT0010270

GALLIGAN & REID, P.C.
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa, 50309-2239
Telephone:     (515) 282-3333
Facsimile:     (515) 282-0318
E-mail:        jalbert @galliganlaw.com
               bgalligan@galliganlaw.com
               treid@galliganlaw.com
               ncooper@galliganlaw.com

        C. Thomas Mason
        5000 E. Calle Chueca
        Tucson, AZ  85718
        CTM@CTMason.com

        ATTORNEYS FOR PLAINTIFF

/s/ Brian L. Campbell_____
Brian L. Campbell
Whitfield & Eddy, PLC
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309
Email: campbell@whitfieldlaw.com


Copies to:

Joel S. Feldman
Mark B. Blocker
Eric S. Mattson
Sidley Austin LLP
One South Dearborn Street
Chicago, ILL 60603
Email: jfeldman@sidley.com
mblocker@sidley.com
emattson@sidley.com

ATTORNEYS FOR DEFENDANTS
PRINCIPAL LIFE INSURANCE COMPANY and
PRINCOR FINANCIAL SERVICES CORPORATION

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on each of the parties herein by:

    \_\_\_\_X\_\_\_\_ CM/ECF Filing
    _____ mailing
    _____ hand-delivering, or
    _____ faxing

a copy thereof to the attorney of record for such party at the last known address on July 7, 2010.
/s/ Heather J. Bauman