IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL  DIVISION

| | | |
|---|---|---|
| | * | |
| PATRICIA A. WALSH, | * | |
| | * | 4:07-cv-386 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| PRINCIPAL LIFE INSURANCE CO. | * | |
| and PRINCOR FINANCIAL SERVICES | * | |
| CORP., | * | ORDER |
| | * | |
| Defendants. | * | |
| | * | |

On June 28, 2010, Bradley J. Albert filed a pro se "Motion for Court Ordered Return of Documents."  Clerk's No. 123.  Mr. Albert asserted that he provided documents to Plaintiffs' counsel in this case, and that the Court should either return those documents directly to him or order Plaintiffs' counsel to do so.  Mr. Albert also requested that the Court provide him with a copy of his deposition.  On August 6, 2010, the Court entered an Order denying Mr. Albert's request.  Clerk's No. 127.  The Court specifically found that it lacked jurisdiction to entertain Mr. Albert's motion, and that Mr. Albert, in any event, lacked standing to make claims in the above-captioned case.

On August 19, 2010, Mr. Albert filed a "Motion to Reconsider for Court Order Return of Documents and Copy of Bradley J. Albert's Deposition from 4/28/2009."  Clerk's No. 128.  In his Motion, Mr. Albert merely reargues his assertion that Plaintiffs' counsel improperly acquired and retained documents belonging to him and requests that the Court reconsider his request for relief.  As stated in its prior order, regardless of the merits of Mr. Albert's claim, he lacks standing to assert it in the context of this case, and the Court lacks jurisdiction to entertain it.

Accordingly, Mr. Albert's request for reconsideration must be DENIED.

IT IS SO ORDERED.

Dated this __20th__ day of August, 2010.


ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT